**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **MARQUELY LUCIEN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-657-KC** |
| | § | |
| **KRISTI NOEM et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered the case.  On March 6, 2026, Marquely Lucien filed a

Petition for Writ of Habeas Corpus, ECF No. 3.  Lucien challenged his detention as unlawful and

asked the Court to order his release or a bond hearing.  *Id.* ¶¶ 13, 15; Supplement, ECF No. 1-2.

The Court ordered Respondents to show cause why the Petition should not be granted.  Mar. 9,

2026, Order 2, ECF No. 2.

Respondents now notify the Court that, "[o]n February 12, 2026, [the] Board of

Immigration Appeals (BIA) summarily dismissed Petitioner's appeal as it was not timely filed."

Advisory 1, ECF No. 5; *see id.* Ex. A ("BIA Order"), ECF No. 5-1.  On March 3, Lucien was

notified that he would be removed Mexico.  Advisory 1; *see id.* Ex. B ("Notice of Removal"),

ECF No. 5-2.  And, on March 6, Lucien was removed to Mexico.  Advisory 1.

"[W]here an [immigration detainee] is granted the relief he requests, no 'case or

controversy' remains" and thus the habeas petition is rendered moot.  *Virani v. Huron*, No. 5:19-

cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*,

845 F.2d 573, 575 (5th Cir. 1988)).  Because Lucien has now been released from immigration

custody, albeit through removal from the United States, the Petition is moot.  *See Ortez*, 845 F.2d at 575.

Accordingly, the Court **ORDERS** that the Petition is **DISMISSED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 18th day of March, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2